# Shifferstine et al. *v.* Sitler et al., Appellants.

*Public officers—Collector of taxes—Principal and surety—Judgment—Auditor's findings not appealed from.*

Where auditors find a sum stated due by a collector of taxes of a school district, and, on appeal from this finding, judgment is entered against him, from which judgment no appeal is taken, and an action on his bond is brought more than six months after the judgment was entered, such judgment is conclusive of the liability of the sureties on the bond.

Argued May 12, 1920. Appeal, No. 25, Jan. T., 1920, by defendants, from judgment of C. P. Schuylkill Co., Sept. T., 1918, No. 93, on verdict for plaintiffs, in case of

E. E. Shifferstine et al. v. C. E. Sitler et al.    Before
BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMP-
SON and KEPHART, JJ.    Affirmed.

Assumpsit on bond of collector of taxes of school dis-
trict.    Before KOCH, J.

The opinion of the Supreme Court states the facts.

The court gave binding instructions for plaintiffs.

Verdict and judgment for plaintiffs for $10,700.    De-
fendants appealed.

*Error assigned,* among others, was action of court
overruling motion for judgment n. o. v. and entering
judgment on verdict, quoting entries of judgment.

*J. O. Ulrich,* for appellants.

*Arthur L. Shay,* for appellees.

PER CURIAM, June 26, 1920:

This action is on the bond given by C. E. Sitler as
collector of taxes for the school district of the Borough
of Tamaqua.    The auditors of the district found there
was due from him to it the sum of $13,771.20, and, on
his appeal from this finding, judgment was entered
against him in the court below, on December 10, 1917,
for $9,554.36.    No appeal was taken from this judgment,
and in this action, brought upon Sitler's bond more than
six months after the judgment was so entered against
him, it was conclusive of the liability of the sureties:
Pittsburgh Wagon Works Est., 204 Pa. 435.    A verdict
having been properly directed against the appellants,
the judgment on it is affirmed.